UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
        - v. -                    :
                                  :  **ORDER**
ZUBEARU BETTIS and                :
STEPHEN ADAMS,                    :  15 Cr. 410
                                  :
        Defendants.               :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America by Jared Lenow, Assistant United States Attorney, it is hereby ORDERED that the Indictment in this matter, 15 Cr. 410, be unsealed.

Dated: June 27, 2015
       New York, New York

_____
THE HONORABLE DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 27 2015