UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

      - v. - :

                                  : **AFFIRMATION**

ZUBEARU BETTIS and :
STEPHEN ADAMS, : 15 Cr. 410

              Defendants. :

- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 27 2015

JARED LENOW, hereby affirms:

    1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York.

    2. On June 26, 2015, the above-captioned Indictment was issued under seal by a Grand Jury sitting in the Southern District of New York. In addition, arrest warrants were issued for both defendants named in the Indictment.

    3. Both defendants were arrested on the evening of June 26, 2015. The arrested defendants will be presented before a federal judge for their initial appearance in the Southern District of New York.

    4. Accordingly, the Government requests that the above-captioned Indictment be unsealed today, June 27, 2015, so that

the arrested defendants may be presented and arraigned on the Indictment as soon as possible.

The foregoing is affirmed under penalty of perjury, pursuant to 28 U.S.C. § 1746.

Dated:    June 27, 2015
          New York, New York

_____
Jared Lenow
Assistant United States Attorney