UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                  :
           - v. -                 :  **ORDER**
                                  :
ZUBEARU BETTIS,                   :  S1 15 Cr. 410 (LAK)
STEPHEN ADAMS, and                :
MICHAEL ADAMS                     :
                                  :
           Defendants.            :
- - - - - - - - - - - - - - - - - x

Upon the application of the United States of America by Jared Lenow, Assistant United States Attorney, it is hereby

ORDERED that the Indictment in this matter, S1 15 Cr. 410 (LAK), be unsealed.

Dated: July 9, 2015
       New York, New York

_____
THE HONORABLE MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-15